PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE ANNE GREGORY,<br><br>Debtor. | CASE NO.  2:24-MC-00093-DJC-JDP<br><br>**STIPULATION RE CONTINUING GARNISHMENT; AND ORDER THEREON**<br><br><br>Criminal Case No.:  2:03-CR-00235-FCD |
| AMOCO FEDERAL CREDIT UNION,<br><br>Garnishee. | |

The United States of America, debtor Jacqueline Anne Gregory, and debtor's spouse (collectively the Parties) hereby stipulate to the final resolution of the United States' pending continuing garnishment action as follows:

1.      On February 28, 2023, the United States filed an Application for Writ of Continuing Garnishment of property located at Amoco Federal Credit Union ("Garnishee") in which Jacqueline Anne Gregory has an interest.  ECF No. 1.

2.      The United States seeks to garnish the accounts to satisfy Jacqueline Gregory's outstanding restitution balance.  Id.

3.      Garnishee has frozen $6,354.26 in two bank accounts (a "share" account noted as "ID 1"

1

and a "checking" account noted as "ID 2") jointly owned by Jacqueline Anne Gregory and her spouse.

4.    The Parties have agreed to a resolution of this action and request approval of this stipulation.

5.    In anticipation of the signing of an order approving this stipulation, the United States has already unfrozen all funds except for $3,177.00 in the checking account noted as "ID 2."

6.    The Parties agree to the entry of an order approving this stipulation by the magistrate judge.

7.    To effectuate their settlement, the Court can and should enter an order as follows:

    A.    That Garnishee Amoco Federal Credit Union, should be ordered to turn over $3,177.00 from the funds held in the checking account noted as "ID 2" within 14 days of approval of this stipulation;

    B.    That upon verification of receipt of the funds by the clerk of the court, the United States will immediately move to terminate the writ and release all remaining funds (if any funds remain frozen) held pursuant to this writ;

    C.    That each party shall bear their own costs; and

    D.    That the Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

Respectfully submitted,

FOR THE UNITED STATES:

PHILLIP A. TALBERT
United States Attorney

Dated:  _3/1/2024_____        By:    _/s/*Robin Tubesing*_____
                                           ROBIN TUBESING
                                           Assistant United States Attorney

FOR THE DEBTOR:

Dated:  _2/29/2024_____              _/s/*Jacqueline Gregory*_____
                                           JACQUELINE ANNE GREGORY, Debtor

FOR THE DEBTOR'S SPOUSE:

Dated:  _2/29/2024_____               _/s/*Richard L. Gregory*_____
                                           RICHARD L. GREGORY, Debtor's Spouse

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation re Garnishment (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation.  Accordingly, IT IS ORDERED that:

A.     Garnishee Amoco Federal Credit Union, is ordered to turn over $3,177.00 from the funds held in the checking account noted as "ID 2" within 14 days of approval of this stipulation. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court," and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:03-CR-00235-FCD) shall be stated on the payment instrument;

B.     Upon verification of receipt of the funds by the clerk of the court, the United States will immediately move to terminate the writ and release all remaining funds (if any funds remain frozen) held pursuant to this writ;

C.     Each party shall bear their own costs; and

D.     The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.


Dated:   ___March 20, 2024___                          _____
                                                                        JEREMY D. PETERSON
                                                                        UNITED STATES MAGISTRATE JUDGE